

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00300-CR

Richard M. **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5395
Honorable Ron Rangel, Judge Presiding

## O R D E R

    Appellant's brief was original due December 20, 2013. On December 3, 2013, we granted appellant an extension and order him to file his brief by February 20, 2014. Appellant has now requested another extension of time to April 21, 2014, more than 120 days from the original deadline. We GRANT appellant's motion in part and ORDER appellant to file his brief by March 21, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court